UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>DENARD ANTWAUN ROWELL,<br><br>         Defendant. | Case No. 16-CR-109-JPS<br><br><br><br><br><br>ORDER |

  On September 13, 2016, the government filed a one-count superseding indictment against Defendant for failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a). (Docket #24). On October 5, 2016, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to the Superseding Indictment. (Docket #33).

  The parties appeared before Magistrate Judge David Jones on October 7, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #38 and #39). Defendant entered a plea of guilty as to Superseding Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #37 at 1–4). Magistrate Jones noted that, although Defendant at first refused to enter a guilty plea, he later changed his mind. *Id.* Magistrate Jones thoroughly questioned Defendant regarding this decision, finding that Defendant wanted to resolve this matter short of trial and that Defendant acknowledged that he was guilty of the crime charged in the Superseding Indictment. *Id.*

Thereafter, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 4. Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #37 at 5).

To date, no party has filed such an objection.

The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge David Jones' Report and Recommendation (Docket #37) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 4th day of November, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge